An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA
DEPARTMENT OF CONSERVATION
AND NATURAL RESOURCES,
DIVISION OF STATE PARKS,
Appellant,
vs.
SPRING MOUNTAIN RANCH
DOCENTS, A NEVADA NON-PROFIT
CORPORATION,
Respondent.

No. 61185

**FILED**

JUL 2 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY R. Malone
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

The parties have filed a stipulation to dismiss this appeal. We approve the stipulation and hereby dismiss this appeal. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b). In light of this order, we vacate the stay imposed by our December 4, 2012, order.

It is so ORDERED.

_____Pickering_____, C.J.

cc: Hon. Douglas W. Herndon, District Judge
Lansford W. Levitt, Settlement Judge
Attorney General/Carson City
Hong & Hong
Eighth District Court Clerk

13 - 21098